In the Matter of JEFFREY B. WAGNER, Appellant, v BARBARA J. FIALA, as Commissioner of the New York State Department of Motor Vehicles, et al., Respondents.

Submitted April 21, 2014; decided May 13, 2014

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

In the Matter of CARLTON WALKER, Appellant, v NEW YORK STATE COMMISSION ON JUDICIAL CONDUCT et al., Respondents.

Decided May 13, 2014

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, First Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (*see* NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).